**Nuch Tompunu NGANTUNG,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 12–73764.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed March 3, 2014.

Neda A. Zaman, Esquire, Law Offices of Neda Zaman, Beverly Hills, CA, for Petitioner.

Andrew Nathan O'Malley, Trial, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Nuch Tompunu Ngantung, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The BIA did not abuse its discretion by denying Ngantung's motion to reopen as untimely because the motion was filed more than four years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Ngantung did not demonstrate materially changed conditions in Indonesia to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at 987 (evidence must be "qualitatively different" from the evidence presented at the previous hearing). In light of this conclusion, we do not need to address Ngantung's remaining contentions.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.